## STATE v. DUNCAN THOMAS.

(Filed 22 May, 1946.)

**Criminal Law § 78e—**

> An exception to the charge for failure to "charge the law and facts relative to this case" is an unpointed broadside exception.

APPEAL by defendant from *Burney, J.,* at November Term, 1945, of HOKE. Motion to affirm the judgment allowed.

The defendant was charged in two bills of indictment with receiving stolen goods knowing them to have been stolen. From judgment upon verdict of guilty in both cases, the defendant appealed.

*Attorney-General McMullan and Assistant Attorney-General Rhodes for the State.*

*Franklin S. Clark and H. S. Kirkpatrick for defendant, appellant.*

PER CURIAM. The defendant's only exception was to the charge of the court for failure to "charge the law and facts relative to this case." As frankly admitted in defendant's brief this is unpointed broadside. *Rawls v. Lupton,* 193 N. C., 428, 137 S. E., 175. The record shows the trial free from error. The Attorney-General moves in this Court that the judgment below be affirmed. The defendant does not resist the motion.

The motion is allowed, and the judgment

Affirmed.